**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**

| | | |
|---|---|---|
| MAGASKIE, DANIEL AND MAGASKIE, NICOLE, H/W, | : | No. 27 EAL 2016 |
| | : | |
| | : | |
| Petitioners | : | Petition for Allowance of Appeal from |
| | : | the Order of the Superior Court |
| | : | |
| v. | : | |
| | : | |
| | : | |
| | : | |
| WAWA, INC., | : | |
| | : | |
| Respondent | : | |

## ORDER

**PER CURIAM**

    **AND NOW**, this 4th day of May, 2016, the Petition for Allowance of Appeal is **DENIED**.